# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK GOLDSTEIN, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-00525-GMN-PAL <br><br> **ORDER** <br><br> (Motion for Status Conf - Dkt. #49) |

Before the court is the Government's Motion for Status Conference (Dkt. #49) filed December 7, 2011. It requests a status conference with the court to inquire whether Mr. Goldstein is prepared to proceed to trial currently scheduled for January 10, 2012, as he is representing himself.

On November 8, 2011, after inquiring whether government counsel had any reason to believe the motion to withdraw was brought for any improper purpose or to delay these proceedings, government counsel was excused, and the undersigned conducted a sealed *ex parte* hearing on attorney Albregts' Motion to Withdraw (Dkt. #44). Mr Goldstein insisted that he wished to represent himself, and the court conducted a *Faretta* canvas. The motion was granted, and Goldstein was granted permission to represent himself with Mr. Albregts remaining as standby counsel. Neither the Defendant nor Mr Albregts requested a continuance of the trial date, and no motion to continue the trial date has been filed. As such,

**IT IS ORDERED** that Plaintiff's Motion for Status Conference (Dkt. #49) is **DENIED**, and the trial date currently scheduled for January 10, 2012, stands.

Dated this 8th day of December, 2011.

Peggy A. Leen
United States Magistrate Judge