# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff, )<br>     vs. )<br>     )<br>FRANK PHILLIP GOLDSTEIN, )<br>     )<br>          Defendant. )<br>     ) | Case No.: 2:10-cr-00525-GMN-PAL<br><br>**ORDER ACCEPTING REPORT OF FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 118) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered August 30, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Dismissal Due to Brady Violation and Prosecutorial Misconduct is **DENIED**.

**DATED** this 5th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge